UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-20610-Cr-UNGARO

UNITED STATES OF AMERICA,

Plaintiff,

v.

**ORDER TRANSFERRING TO FUGITIVE**

ERNESTO PEREZ,,

Defendant.

-----------------------------------------/

This case and defendant are hereby transferred to the Clerk's suspended/fugitive file until such time as the fugitive is apprehended

**DONE AND ORDERED** this 30 day of August, 2016 in Chambers, at Miami, Florida.

**URSULA UNGARO**
**UNITED STATES DISTRICT JUDGE**

cc: All counsel of record