# MINUTE ORDER



## Magistrate Judge Andrea M. Simonton

**King Building Courtroom 10-6** Date: 11.16.16 Time: 2:00 p.m.

Defendant: ERNESTO PEREZ J#: 14254-104 Case #: 16-20610-CR-UNGARO

AUSA: Yvonne Rodriguez-Schack Attorney: AFPD Alex Arteaga-Gomez

Violation: THEFT OF GOVERNMENT PROPERTY Surr/Arrest Date: 11/16/2016 YOB: 1967

Proceeding: Initial Appearance/Arraignment CJA Appt: ______

Bond/PTD Held: ☐ Yes ☑ No Recommended Bond: ______

Bond Set at: ______ Co-signed by: ______

☑ **Surrender and/or do not obtain passports/travel docs**

☑ **Report to PTS as directed/or** ______ x's a week/month by phone: ______ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☑ **Participate in mental health assessment & treatment**

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☑ **No firearms**

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ______

☑ **Other: Maintain present residence**

Language: English

Disposition:

Defendant advised of rights and charges

Defendant sworn; AFPD appointed

**STIP $50K PSB cosigned by Jack Monyham (no hrg. held); Court sets**

Defendant arraigned. Reading of the indictment waived. Standing Discovery Order entered. Jury trial demanded.

Time from today to ______ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report RE Counsel: ______

PTD/Bond Hearing: ______

Prelim/Arraign or Removal: ______

Status Conference RE: ______

D.A.R. 14:44:37 Time in Court: 7 minutes

s/ Andrea M Simonton Magistrate Judge